IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BERNARD C. PEACE, III                                                                                    PLAINTIFF

V.                                            NO: 3:10CV00114 JMM

JAMES SANDERS *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE